**Modified and Affirmed as Modified; Opinion Filed March 14, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-11-00601-CR

**PHIROM L. CHHENG, A/K/A ROMAN LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80310-10**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

Phirom L. Chheng, a/k/a Roman Lee, appeals his conviction for indecency with a child. In a single issue, he contends the trial court erred by ordering him to pay the cost of his court-appointed attorney because he is indigent. The State concedes error. Accordingly, we sustain Chheng's issue.

We modify the judgment and the order placing Chheng on community supervision to delete the requirement that Chheng pay court-appointed attorney's fees. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

_____
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
110601F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

PHIROM L. CHHENG, A/K/A ROMAN LEE, Appellant

No. 05-11-00601-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-80310-10.
Opinion delivered by Justice Moseley.
Justices Francis and Lang participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to **DELETE** the following paragraph on page three of the judgment:

> It is further ORDERED that the cost to Collin County for the payment of this defendant's court-appointed attorney, if any, is taxed against this defendant as court cost. The District Clerk is granted leave to amend the court cost to reflect this amount without the necessity of a further order.

Further, the trial court's May 6, 2011 Order Suspending Imposition of Sentence and Placing Defendant on Community Supervision is **MODIFIED** to delete condition 16.f and any requirement that defendant reimburse the cost of his court-appointed counsel.

As **MODIFIED** the judgment is **AFFIRMED**.

Judgment entered this 14th day of March, 2013.

JIM MOSELEY
JUSTICE